AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### District of    COLUMBIA

ROGEL GRANT  Plaintiff

V.

MICHAEL A. MUKASEY, et al.,
Defendants

        Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:  08 1505

I, _Rogel Grant reg # 59205-066_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _U.S.P - Hazelton_

    Are you employed at the institution? **YES**  Do you receive any payment from the institution? **YES**

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?    ☑ Yes    ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)
        Presently employed at the Hazelton prison receive $ 15.00 dollars monthly.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment  ☐ Yes  ☐ No
    b.  Rent payments, interest or dividends  ☐ Yes  ☐ No
    c.  Pensions, annuities or life insurance payments  ☐ Yes  ☐ No
    d.  Disability or workers compensation payments  ☐ Yes  ☐ No
    e.  Gifts or inheritances  ☑ Yes  ☐ No
    f.  Any other sources  ☐ Yes  ☐ No

**RECEIVED**

AUG - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.



AO 240 Reverse (Rev. 10/03)

4. **Do you have any cash or checking or savings accounts?**    ☒ Yes          ☐ No

   If "Yes," state the total amount.  *Presently I have  $ 8.42*

5. **Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?**    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

5. **List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)**

   *N/A*

declare under penalty of perjury that the above information is true and correct.

*7/28/08*                    *Roger Grant*
_____                    _____
Date                                         Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, risoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs  or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____<br>United States Judge          Date | _____  _____<br>United States Judge          Date |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re:  ___ROGEL GRANT___  v. ___MICHAEL A. MUKASEY.,et al.,Defendants___

Civil Action No. _____

I, _Rogel Grant_ # _59205-066_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Rogel Grant_
Signature of Plaintiff

n:\forms\Trust Account Form

# Inmate Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | 59205066 | | | **Current Institution:** | Hazelton USP | | |
| **Inmate Name:** | GRANT, ROGEL | | | **Housing Unit:** | HAZ-E-B | | |
| **Report Date:** | 07/29/2008 | | | **Living Quarters:** | E04-217U | | |
| **Report Time:** | 10:14:59 AM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| HAZ | 7/29/2008 9:38:14 AM | 59 | | | Sales | ($3.20) | | $8.42 |
| HAZ | 7/29/2008 9:35:24 AM | 58 | | | Sales | ($96.45) | | $11.62 |
| HAZ | 7/28/2008 4:41:27 PM | TL0728 | | | TRUL Withdrawal | ($2.00) | | $108.07 |
| HAZ | 7/28/2008 11:43:32 AM | TFN0728 | | | Phone Withdrawal | ($4.00) | | $110.07 |
| HAZ | 7/27/2008 3:41:10 PM | TFN0727 | | | Phone Withdrawal | ($6.00) | | $114.07 |
| HAZ | 7/27/2008 12:22:30 PM | TFN0727 | | | Phone Withdrawal | ($5.00) | | $120.07 |
| HAZ | 7/26/2008 3:36:05 PM | TFN0726 | | | Phone Withdrawal | ($5.00) | | $125.07 |
| HAZ | 7/26/2008 1:42:37 PM | TFN0726 | | | Phone Withdrawal | ($2.00) | | $130.07 |
| HAZ | 7/25/2008 8:27:15 PM | TFN0725 | | | Phone Withdrawal | ($2.00) | | $132.07 |
| HAZ | 7/24/2008 8:58:12 PM | TFN0724 | | | Phone Withdrawal | ($2.00) | | $134.07 |
| HAZ | 7/24/2008 10:17:46 AM | TFN0724 | | | Phone Withdrawal | ($5.00) | | $136.07 |
| HAZ | 7/23/2008 11:46:33 AM | TFN0723 | | | Phone Withdrawal | ($6.00) | | $141.07 |
| HAZ | 7/23/2008 8:31:57 AM | TFN0723 | | | Phone Withdrawal | ($5.00) | | $147.07 |
| HAZ | 7/22/2008 8:19:23 PM | 33321208 | | | Western Union | $100.00 | | $152.07 |
| HAZ | 7/22/2008 7:07:25 PM | TFN0722 | | | Phone Withdrawal | ($5.00) | | $52.07 |
| HAZ | 7/22/2008 8:38:49 AM | TFN0722 | | | Phone Withdrawal | ($5.00) | | $57.07 |
| HAZ | 7/10/2008 2:09:08 PM | HIPP0608 | | | Payroll - IPP | $13.68 | | $62.07 |
| HAZ | 7/10/2008 7:43:27 AM | TL0710 | | | TRUL Withdrawal | ($2.00) | | $48.39 |
| HAZ | 7/9/2008 7:15:00 PM | 33320308 | | | Western Union | $50.00 | | $50.39 |
| HAZ | 7/8/2008 9:32:11 PM | TFN0708 | | | Phone Withdrawal | ($1.00) | | $0.39 |
| HAZ | 7/8/2008 3:27:46 PM | TFN0708 | | | Phone Withdrawal | ($1.00) | | $1.39 |
| HAZ | 7/8/2008 10:33:45 AM | 48 | | | Sales | ($98.20) | | $2.39 |
| HAZ | 7/8/2008 7:10:03 AM | 33320208 | | | Western Union | $100.00 | | $100.59 |
| HAZ | 7/3/2008 8:58:54 PM | TFN0703 | | | Phone Withdrawal | ($1.00) | | $0.59 |
| HAZ | 7/3/2008 9:25:39 AM | TFN0703 | | | Phone Withdrawal | ($1.00) | | $1.59 |
| HAZ | 7/1/2008 12:44:35 PM | TFN0701 | | | Phone Withdrawal | ($3.00) | | $2.59 |
| HAZ | 7/1/2008 10:03:07 AM | TFN0701 | | | Phone Withdrawal | ($1.00) | | $5.59 |
| HAZ | 7/1/2008 6:46:01 AM | TL0701 | | | TRUL Withdrawal | ($2.00) | | $6.59 |
| HAZ | 6/30/2008 2:30:17 PM | TFN0630 | | | Phone Withdrawal | ($4.00) | | $8.59 |
| HAZ | 6/30/2008 8:23:55 AM | TFN0630 | | | Phone Withdrawal | ($2.00) | | $12.59 |
| HAZ | 6/25/2008 7:19:17 AM | 23 | | | Sales | ($68.15) | | $14.59 |
| HAZ | 6/24/2008 9:14:45 PM | TFN0624 | | | Phone Withdrawal | ($2.00) | | $82.74 |
| HAZ | 6/24/2008 12:02:12 PM | TFN0624 | | | Phone Withdrawal | ($2.00) | | $84.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HAZ | 6/23/2008<br>8:05:50 PM | TFN0623 | | Phone Withdrawal | ($2.00) | $86.74 |
| HAZ | 6/23/2008<br>6:33:38 PM | TL0623 | | TRUL Withdrawal | ($2.00) | $88.74 |
| HAZ | 6/23/2008<br>6:16:18 PM | TFN0623 | | Phone Withdrawal | ($10.00) | $90.74 |
| HAZ | 6/23/2008<br>4:14:11 PM | 33319108 | | Western Union | $100.00 | $100.74 |
| HAZ | 6/18/2008<br>11:19:13 AM | TFN0618 | | Phone Withdrawal | ($2.00) | $0.74 |
| HAZ | 6/17/2008<br>6:48:28 PM | TFN0617 | | Phone Withdrawal | ($2.00) | $2.74 |
| HAZ | 6/17/2008<br>7:02:47 AM | TFN0617 | | Phone Withdrawal | ($2.00) | $4.74 |
| HAZ | 6/16/2008<br>6:47:52 PM | TFN0616 | | Phone Withdrawal | ($2.00) | $6.74 |
| HAZ | 6/16/2008<br>2:48:41 PM | TFN0616 | | Phone Withdrawal | ($2.00) | $8.74 |
| HAZ | 6/10/2008<br>8:31:52 PM | TL0610 | | TRUL Withdrawal | ($2.00) | $10.74 |
| HAZ | 6/7/2008<br>5:36:57 PM | TFN0607 | | Phone Withdrawal | ($3.00) | $12.74 |
| HAZ | 6/6/2008<br>8:59:58 PM | TFN0606 | | Phone Withdrawal | ($5.00) | $15.74 |
| HAZ | 6/6/2008<br>2:04:06 PM | TFN0606 | | Phone Withdrawal | ($2.00) | $20.74 |
| HAZ | 6/6/2008<br>9:51:53 AM | IS8059 | | FRP Quarterly Pymt | ($40.00) | $22.74 |
| HAZ | 6/6/2008<br>9:50:04 AM | HIPP0508 | | Payroll - IPP | $18.36 | $62.74 |
| HAZ | 6/5/2008<br>7:02:56 PM | TFN0605 | | Phone Withdrawal | ($3.00) | $44.38 |
| HAZ | 6/5/2008<br>12:09:31 PM | TFN0605 | | Phone Withdrawal | ($2.00) | $47.38 |

1 2 3 4 5 6 7

**Total Transactions: 305**

|  | Totals: | ($202.55) | $0.00 |
|---|---|---|---|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| HAZ | $8.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.42 |
| Totals: | $8.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.42 |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,269.52 | $1,299.75 | $32.86 | $152.07 | $59.27 | N/A | N/A |