UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROGEL GRANT,
    Plaintiff,

v.                                    Civil Action No 08 1505

MICHAEL A. MUKASEY,
    Defendants el.al.,

## MOTION FOR APPOINTMENT OF COUNSEL

**COMES NOW** The Plaintiff, Rogel Grant, acting pro se., respectfully moves this Court for appointment of counsel for the following **reasons:**

> 1. The plaintiff is a layman of law where he have to depend on a jailhouse litigant to prepare his civil complaint. The plaintiff unable to retain counsel due to his incarceration and being indigency.

> 2. The issues before this court are complex where it involves a serious deprivation of the plaintiff rights by high officials of the United States Department of Justice. This court should make sure that the plaintiff have the protection to challenge the defendants on a equal adversary testing.

**WHEREFORE,** The plaintiff prays that this Court grant him counsel in the interest of justice.

**RECEIVED**

AUG - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

3

Respectfully Submitted

*Rogel Grant*
Rogel Grant
Reg.No.59205-066
United States Penitentiary
Post Office Box 2000
Bruceton Mills
West Virginia,26525

## CERTIFICATE OF SERVICE

I,HEREBY STATES that the foregoing Motion for Appointment of Counsel was mailed to the Clerk Office/ United States District Court For The District of Columbia. On this 28 day of July, 2008: