UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROGEL GRANT,
    Plaintiff,

v.                                    Civil Action No 08 1505

MICHAEL A. MUKASEY,

    Defendant's el.al.,

## MOTION FOR DISCOVERY

COMES NOW The Plaintiff, Rogel Grant, acting pro se., respectfully moves this Court pursuant to Federal Rules of Civil Procedure Rule 26, for discovery.

Fed.R.of Civil Procedure 26 allows the plaintiff the opportunity for discovery. Here in the plaintiff case good cause is shown in support of the plaintiff civil complaint, where the specific documents will support the plaintiff assertions. The following documents the plaintiff requests.

    A. A copy of any conversation with individual or individuals with any agents of the United States Government Attorney's who provided informations that the plaintiff was involved in a conspiracy.

    B. A copy of any interview reports that was conducted by agents of the United States Government with individual or individuals who gave exculpatory informations that the plaintiff was not part of a conspiracy.

    C. A copy of the grand jury proceeding indicting the plaintiff on the conspiracy count through the superseding indictment.

    D. A copy of the trial transcripts of all government's witnesses who testified at trial on the alleges conspiracy.