UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Rogel Grant, | ) |
|       Plaintiff, | ) |
| v. | )   Civil Action No. 08 1505 |
| Michael A. Mukasey *et al.*, | ) |
|       Defendants. | ) |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff, a prisoner confined at the United States Penitentiary in Bruceton Mills, West Virginia, sues the United States Attorney General and the United States Attorney and an Assistant United States Attorney for the Eastern District of Pennsylvania. He seeks monetary damages and a declaratory judgment. Plaintiff accuses defendants of knowingly presenting false evidence to a grand jury about his alleged role in a conspiracy to distribute 30 kilograms of cocaine "to obtain a superseding indictment" and of conspiring to do so. Compl. at 5. He alleges that following the government's presentation of evidence at his trial in the Eastern District of Pennsylvania, the court dismissed the conspiracy count.

The events forming the basis of the complaint are not alleged to have occurred in the District of Columbia; thus, this venue is improper for litigating the claims. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this /8 day of August 2008,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED

to the United States District Court for the Eastern District of Pennsylvania. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge